# Order

Michigan Supreme Court
Lansing, Michigan

January 19, 2007

132154

LARRY REAUME, as Next Friend of
Matthew Patrick Reaume, a Minor,
                Plaintiff-Appellee,

v

JEFFERSON MIDDLE SCHOOL,
                Defendant,
and

RYAN NADEAU,
                Defendant-Appellant.

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 132154
COA: 268071
Monroe CC: 03-016704-NO

_____/

On order of the Court, the application for leave to appeal the August 15, 2006 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). At oral argument, the parties shall address (1) whether the plaintiff's injury, which occurred during the course of wrestling activity with the defendant coach, was proximately caused by the defendant's alleged failure to give adequate notice of the initial takedown to the wrestling mat, and (2) if so, whether defendant's conduct "was so reckless as to demonstrate a substantial lack of concern for whether an injury results." MCL 691.1407(7)(a). The parties may file supplemental briefs within 42 days of the date of this order, but they should avoid submitting a mere restatement of the arguments made in their application papers.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 19, 2007

Clerk

t0116